# IN THE DISTRICT COURT OF THE UNITED STATES
## for the Western District of New York

---

MAY 2007 GRAND JURY
(Impaneled 5/04/07)

**THE UNITED STATES OF AMERICA**

v.

## INDICTMENT

| | |
|---|---|
| (1)  | MONAE DAVIS |
| (2)  | MATTHEW F. JOHNSON |
| (3)  | BARRETT B. JOHNSON |
| (4)  | SHAWN S. JOHNSON |
| (5)  | COREY J. RIVERS |
| (6)  | RAHEIM HOWELL |
| (7)  | JENNIFER M. GOURLEY |
| (8)  | ANDREA PERKINS |
| (9)  | KEVIN L. GLOWACKI |
| (10) | RICHARD D. FARNHAM, SR. |
| (11) | JOHN A. LEE |
| (12) | MARK L. BURDICK |
| (13) | DAVID J. THOMPSON |
| (14) | LEROY W. NUPP, JR. |
| (15) | MARK W. DECKER |
| (16) | ANNA M. BENJAMIN |
| (17) | SCOTT PETERS |
| (18) | JIMI LIN GOURLEY |
| (19) | RYAN V. POTTER |
| (20) | LORI A. CARROW |
| (21) | BETH L. SAIFAKAS |

**Violations:**
Title 21, United States Code, Sections 846 and 853(a)(1).

### COUNT 1

**The Grand Jury Charges that:**

Beginning sometime prior to or about June, 2005, the exact date being unknown, and continuing to the date of the return of this Indictment, in the Western District of New York, and

elsewhere, the defendants, **MONAE DAVIS, MATTHEW F. JOHNSON, BARRETT B. JOHNSON, SHAWN S. JOHNSON, COREY J. RIVERS, RAHEIM HOWELL, JENNIFER M. GOURLEY, ANDREA PERKINS, KEVIN L. GLOWACKI, RICHARD D. FARNHAM, SR., JOHN A. LEE, MARK L. BURDICK, DAVID J. THOMPSON, LEROY W. NUPP, JR., MARK W. DECKER, ANNA M. BENJAMIN, SCOTT PETERS, JIMI LIN GOURLEY, RYAN V. POTTER, LORI A. CARROW** and **BETH L. SAIFAKAS,** did knowingly, willfully and unlawfully combine, conspire and agree together and with others, known and unknown, to commit offenses against the United States, that is, to possess with intent to distribute, and to distribute, 500 grams or more of a mixture and substance containing cocaine, a Schedule II controlled substance, and to manufacture, to possess with intent to distribute, and to distribute, 50 grams or more of a mixture and substance containing cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B) and 841(b)(1)(A); all in violation of Title 21, United States Code, Section 846.

## COUNT 2

**(Forfeiture)**

**The Grand Jury Further Charges:**

From their convictions from Count 1 of the Indictment, the defendants, **MONAE DAVIS, MATTHEW F. JOHNSON, BARRETT B. JOHNSON,**

**SHAWN S. JOHNSON** and **COREY J. RIVERS,** shall forfeit to the United States of America any and all property constituting or derived from, any proceeds obtained, directly or indirectly, as a result of said controlled substance violation pursuant to Title 21, United States Code, Section 853(a)(1), including, but not limited to, the following:

    a.    The sum of ONE HUNDRED THOUSAND DOLLARS ($100,000) United States currency.

If any of the property described in subsection (a) of this section, as a result of any act or omission of the defendants:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the court shall order the forfeiture of any other property of the defendant up to the value of ONE HUNDRED THOUSAND DOLLARS ($100,000) United States currency.

All pursuant to the provisions of Title 21, United States Code, Sections 853(a)(1) and 853(p).

DATED: Buffalo, New York, October 9, 2007.

TERRANCE P. FLYNN
United States Attorney

BY: **S/THOMAS S. DUSZKIEWICZ**
THOMAS S. DUSZKIEWICZ
Assistant United States Attorney
United States Attorney's Office
Western District of New York
138 Delaware Avenue
Buffalo, New York  14202
716/843-5863
Thomas.S.Duszkiewicz@usdoj.gov

A TRUE BILL:

**S/FOREPERSON**
FOREPERSON